UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

In re: § Case No. 12-00039-als7
§
JANICE RENEE RICHARDS §
MATTHEW LYNN RICHARDS §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Donald F. Neiman, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $55,969.00 | Assets Exempt: | $93,254.17 |
| Total Distributions to Claimants: | $33,388.58 | Claims Discharged Without Payment: | $50,926.57 |
| Total Expenses of Administration: | $64,642.58 | | |

3) Total gross receipts of $117,350.25 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $19,319.09 (see **Exhibit 2),** yielded net receipts of $98,031.16 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $59,799.81 | $30,952.88 | $10,980.54 | $10,980.54 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $64,642.58 | $64,642.58 | $64,642.58 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $77,310.22 | $29,232.67 | $29,232.67 | $22,408.04 |
| **Total Disbursements** | $137,110.03 | $124,828.13 | $104,855.79 | $98,031.16 |

4). This case was originally filed under chapter 7 on 01/06/2012. The case was pending for 107 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/03/2020         By:  /s/ Donald F. Neiman
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2011 Tax Refund | 1124-000 | $1,294.00 |
| Bank Account: Last four digits ending in 9954: Location: Great Western Bank | 1129-000 | $800.56 |
| Garnished Funds - US Bank | 1129-000 | $2,175.69 |
| Preference to Joe Richards | 1241-000 | $580.00 |
| PI claim from injuries due to pelvic mesh product | 1242-000 | $112,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$117,350.25** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Janice R. Richards | Exemptions | 8100-002 | $19,319.09 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$19,319.09** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | Great Western Bank | 4110-000 | $20,183.00 | $19,972.34 | $0.00 | $0.00 |
| | Medical liens (Medicare, IA Medicaid, HCSC, United Healthcare) | 4210-000 | $0.00 | $10,980.54 | $10,980.54 | $10,980.54 |
| | Chase Mortgage | 4110-000 | $35,786.00 | $0.00 | $0.00 | $0.00 |
| | Northern Leasing Systems, Inc. | 4110-000 | $3,830.81 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$59,799.81** | **$30,952.88** | **$10,980.54** | **$10,980.54** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DALLAS J JANSSEN, Trustee | 2100-000 | NA | $1,212.56 | $1,212.56 | $1,212.56 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Donald F. Neiman, Trustee | 2100-000 | NA | $6,939.00 | $6,939.00 | $6,939.00 |
| DALLAS J JANSSEN, Trustee | 2200-000 | NA | $223.20 | $223.20 | $223.20 |
| Donald F. Neiman, Trustee | 2200-000 | NA | $281.25 | $281.25 | $281.25 |
| Green Bank | 2600-000 | NA | $36.43 | $36.43 | $36.43 |
| Clerk, U.S. Bankruptcy Court | 2700-000 | NA | $260.00 | $260.00 | $260.00 |
| Court-ordered federal MDL assessment fees | 2700-000 | NA | $5,625.00 | $5,625.00 | $5,625.00 |
| Bankruptcy estate's attorney fees (Mostyn Law Firm $18,703.12; Arnold & Itkin $18,703.12; Pulaski & Middleman, LLC $5,343.75), Attorney for Trustee | 3210-000 | NA | $42,750.00 | $42,750.00 | $42,750.00 |
| Bankruptcy estate's attorneys' expenses (Mostyn Law Firm: copy charges, court costs, experts, legal research, delivery services, postage, records, travel expenses), Attorney for Trustee | 3220-000 | NA | $7,315.14 | $7,315.14 | $7,315.14 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $64,642.58 | $64,642.58 | $64,642.58 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC | 7100-000 | $1,971.56 | $2,228.24 | $2,228.24 | $1,708.04 |
| 2 | Atlas Acquisitions LLC | 7100-000 | $8,873.11 | $5,384.67 | $5,384.67 | $4,127.57 |
| 3 | Advanta Bank Corporation | 7100-000 | $7,649.00 | $6,119.89 | $6,119.89 | $4,691.15 |
| 4 | Newton Masonic Board of Custodians | 7100-000 | $1,580.00 | $1,580.00 | $1,580.00 | $1,211.13 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | Cavalry Portfolio Services LLC | 7100-000 | $7,554.67 | $7,544.67 | $7,544.67 | $5,783.30 |
| 6 | Capital One Bank (USA), N.A. | 7100-000 | $3,437.78 | $3,947.91 | $3,947.91 | $3,026.23 |
| 7 | Capital One Bank (USA), N.A. | 7100-000 | $280.00 | $243.66 | $243.66 | $186.78 |
| 8 | Capital One Bank (USA), N.A. | 7100-000 | $215.07 | $216.66 | $216.66 | $166.08 |
| 10 | US BANK N.A. | 7100-000 | $1,647.09 | $1,643.85 | $1,643.85 | $1,260.08 |
| 11 | TD&T Financial Group | 7100-000 | $0.00 | $323.12 | $323.12 | $247.68 |
| | American Education Services | 7100-000 | $16,053.65 | $0.00 | $0.00 | $0.00 |
| | Bank of America | 7100-000 | $3,218.03 | $0.00 | $0.00 | $0.00 |
| | Lane Bryant | 7100-000 | $461.00 | $0.00 | $0.00 | $0.00 |
| | Pathology Laboratory | 7100-000 | $192.00 | $0.00 | $0.00 | $0.00 |
| | The Iowa Clinic | 7100-000 | $893.10 | $0.00 | $0.00 | $0.00 |
| | US Bancorp-Manifest Funding | 7100-000 | $23,284.16 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $77,310.22 | $29,232.67 | $29,232.67 | $22,408.04 |

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

### ASSET CASES

Exhibit 8

| Case No.: | 12-00039-als7 | Trustee Name: | Donald F. Neiman |
|---|---|---|---|
| Case Name: | RICHARDS, JANICE RENEE AND RICHARDS, MATTHEW LYNN | Date Filed (f) or Converted (c): | 01/06/2012 (f) |
| For the Period Ending: | 12/3/2020 | §341(a) Meeting Date: | 02/09/2012 |
| | | Claims Bar Date: | 10/11/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1 | Legal Description: Carrier's Meadows Lots 20 &21 Block 6 Location: 1107 West 6th Street South, Newton IA 50208 | $78,940.00 | $10.00 | | $0.00 | FA |
| 2 | Cash on Hand Location: 1107 West 6th Street South, Newton IA 50208 | $25.00 | $0.00 | | $0.00 | FA |
| 3 | Cash on Hand Location: 1107 West 6th Street South, Newton IA 50208 | $20.00 | $0.00 | | $0.00 | FA |
| 4 | Bank Account: Last four digits ending in 9954: Location: Great Western Bank | $130.00 | $0.00 | | $800.56 | FA |
| 5 | Bank Account: Last four digits ending in 3450: Location: Bank Iowa | $180.00 | $0.00 | | $0.00 | FA |
| 6 | Husband's Savings Account. Last Four Digits Ending in: 1397 | $100.00 | Unknown | | $0.00 | FA |
| 7 | Black Hills Energy | $192.00 | $0.00 | | $0.00 | FA |
| 8 | 2 Televisions, 2 End Tables, 1 Couch, 1 Netbook, 1 Desk & File Cabinet, 2 Beds, 1 Entertainment Center Location: 1107 West 6th Street South, Newton IA 50208 | $520.00 | $0.00 | | $0.00 | FA |
| 9 | Jeans, T-Shirts, Shirts, and Sweaters for Debtor and Joint Debtor Location: 1107 West 6th Street South, Newton IA 50208 | $215.00 | $0.00 | | $0.00 | FA |
| 10 | 401K Growmark | $3,556.42 | $0.00 | | $0.00 | FA |
| 11 | Rollover Individual Retirement Account Location: New England Securities, 300 Davidson Ave, 2nd Floor, East Wing, Somerset, NJ 08873 | $51,376.55 | $0.00 | | $0.00 | FA |
| 12 | 2011 Tax Refund | $2,000.00 | $0.00 | | $1,294.00 | FA |
| 13 | Husband- Gross Wages | $1,683.33 | $0.00 | | $0.00 | FA |
| 14 | Wife's wages | $2,106.87 | $0.00 | | $0.00 | FA |
| 15 | 1999 Chevy P.U. Location: 1107 West 6th Street South, Newton IA 50208 | $3,821.00 | $0.00 | | $0.00 | FA |

| Case No.: | 12-00039-als7 | Trustee Name: | Donald F. Neiman |
|---|---|---|---|
| Case Name: | RICHARDS, JANICE RENEE AND RICHARDS, MATTHEW LYNN | Date Filed (f) or Converted (c): | 01/06/2012 (f) |
| For the Period Ending: | 12/3/2020 | §341(a) Meeting Date: | 02/09/2012 |
| | | Claims Bar Date: | 10/11/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| 16 | 2006 Chevy Sebring Location: 1107 West 6th Street South, Newton IA 50208 | $3,357.00 | $0.00 | | $0.00 | FA |
| 17 | Bloomin Nails & More office equipment, furnishings, and supplies. | $500.00 | $0.00 | | $0.00 | FA |
| 18 | Desk, Display Shelves, Electric File | $200.00 | $0.00 | | $0.00 | FA |
| 19 | Bloomin Nails & More retail inventory (nail polish) | $300.00 | $0.00 | | $0.00 | FA |
| 20 | Garnished Funds - US Bank | $0.00 | $0.00 | | $2,175.69 | FA |
| 21 | Preference to Joe Richards (u) | $0.00 | $580.00 | | $580.00 | FA |
| 22 | PI claim from injuries due to pelvic mesh product (u) | $0.00 | $112,500.00 | | $112,500.00 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

$149,223.17    $113,090.00    $117,350.25    $0.00

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 10/15/2012 |
| **Current Projected Date Of Final Report (TFR):** | 12/31/2020 |

/s/ DONALD F. NEIMAN

DONALD F. NEIMAN

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | |
|---|---|---|---|
| **Case No.** | 12-00039-als7 | **Trustee Name:** | Donald F. Neiman |
| **Case Name:** | RICHARDS, JANICE RENEE AND RICHARDS, MATTHEW LYNN | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***8351 | **Checking Acct #:** | ******3901 |
| **Co-Debtor Taxpayer ID #:** | **-***8352 | **Account Title:** | |
| **For Period Beginning:** | 1/6/2012 | **Blanket bond (per case limit):** | $1,000,000.00 |
| **For Period Ending:** | 12/3/2020 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/23/2019 | | Mostyn Boston Scientific Qualified Settlement Fund | Net settlement proceeds on personal injury claim | | * | $45,829.32 | | $45,829.32 |
| | {22} | | Personal injury settlement | $112,500.00 | 1242-000 | | | $45,829.32 |
| | | | Court-ordered federal MDL assessment fees | $(5,625.00) | 2700-000 | | | $45,829.32 |
| | | | Bankruptcy estate's attorney fees (Mostyn Law Firm $18,703.12; Arnold & Itkin $18,703.12; Pulaski & Middleman, LLC $5,343.75) | $(42,750.00) | 3210-000 | | | $45,829.32 |
| | | | Bankruptcy estate's attorneys' expenses (Mostyn Law Firm: copy charges, court costs, experts, legal research, delivery services, postage, records, travel expenses) | $(7,315.14) | 3220-000 | | | $45,829.32 |
| | | | Medical liens (Medicare, IA Medicaid, HCSC, United Healthcare) | $(10,980.54) | 4210-000 | | | $45,829.32 |
| 09/26/2019 | 3001 | Janice R. Richards | Exemption in personal injury settlement | | 8100-002 | | $19,319.09 | $26,510.23 |
| 02/04/2020 | 3002 | Clerk, U.S. Bankruptcy Court | Filing fee to reopen case | | 2700-000 | | $260.00 | $26,250.23 |
| 04/08/2020 | 3003 | Donald F. Neiman | Trustee Expenses | | 2200-000 | | $281.25 | $25,968.98 |
| 04/08/2020 | 3004 | Donald F. Neiman | Trustee Compensation | | 2100-000 | | $6,939.00 | $19,029.98 |
| 04/08/2020 | 3005 | Atlas Acquisitions LLC | Account Number: ; Claim #: 1; Amount Claimed: 2,228.24; Amount Allowed: 2,228.24; | | 7100-000 | | $1,450.55 | $17,579.43 |
| 04/08/2020 | 3006 | Atlas Acquisitions LLC | Account Number: ; Claim #: 2; Amount Claimed: 5,384.67; Amount Allowed: 5,384.67; | | 7100-000 | | $3,505.33 | $14,074.10 |
| 04/08/2020 | 3007 | Advanta Bank Corporation | Account Number: ; Claim #: 3; Amount Claimed: 6,119.89; Amount Allowed: 6,119.89; | | 7100-000 | | $3,983.95 | $10,090.15 |
| 04/08/2020 | 3008 | Newton Masonic Board of Custodians | Account Number: ; Claim #: 4; Amount Claimed: 1,580.00; Amount Allowed: 1,580.00; | | 7100-000 | | $1,028.55 | $9,061.60 |
| 04/08/2020 | 3009 | Cavalry Portfolio Services LLC | Account Number: ; Claim #: 5; Amount Claimed: 7,544.67; Amount Allowed: 7,544.67; | | 7100-000 | | $4,911.46 | $4,150.14 |

|  |  |  |
|---|---|---|
| **SUBTOTALS** | $45,829.32 | $41,679.18 |

| Case No. | 12-00039-als7 | Trustee Name: | Donald F. Neiman |
|---|---|---|---|
| Case Name: | RICHARDS, JANICE RENEE AND RICHARDS, MATTHEW LYNN | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***8351 | Checking Acct #: | ******3901 |
| Co-Debtor Taxpayer ID #: | **-***8352 | Account Title: | |
| For Period Beginning: | 1/6/2012 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 12/3/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/08/2020 | 3010 | Capital One Bank (USA), N.A. | Account Number: ; Claim #: 6; Amount Claimed: 3,947.91; Amount Allowed: 3,947.91; | 7100-000 | | $2,570.02 | $1,580.12 |
| 04/08/2020 | 3011 | Capital One Bank (USA), N.A. | Account Number: ; Claim #: 7; Amount Claimed: 243.66; Amount Allowed: 243.66; | 7100-000 | | $158.62 | $1,421.50 |
| 04/08/2020 | 3012 | Capital One Bank (USA), N.A. | Account Number: ; Claim #: 8; Amount Claimed: 216.66; Amount Allowed: 216.66; | 7100-000 | | $141.04 | $1,280.46 |
| 04/08/2020 | 3013 | US BANK N.A. | Account Number: ; Claim #: 10; Amount Claimed: 1,643.85; Amount Allowed: 1,643.85; | 7100-000 | | $1,070.12 | $210.34 |
| 04/08/2020 | 3014 | TD&T Financial Group | Account Number: ; Claim #: 11; Amount Claimed: 323.12; Amount Allowed: 323.12; | 7100-000 | | $210.34 | $0.00 |
| 05/03/2020 | 3007 | STOP PAYMENT: Advanta Bank Corporation | Account Number: ; Claim #: 3; Amount Claimed: 6,119.89; Amount Allowed: 6,119.89; | 7100-004 | | ($3,983.95) | $3,983.95 |
| 05/03/2020 | 3015 | Advanta Bank Corporation | Account Number: ; Claim #: 3; Amount Claimed: 6,119.89; Amount Allowed: 6,119.89; | 7100-000 | | $3,983.95 | $0.00 |
| 07/11/2020 | 3014 | STOP PAYMENT: TD&T Financial Group | Account Number: ; Claim #: 11; Amount Claimed: 323.12; Amount Allowed: 323.12; | 7100-004 | | ($210.34) | $210.34 |
| 07/11/2020 | 3016 | TD&T | Reissue dividend distribution check on Claim #11 | 7100-000 | | $210.34 | $0.00 |

| | SUBTOTALS | $0.00 | $4,150.14 |
|---|---|---|---|

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3  Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 12-00039-als7 | |
| **Case Name:** | RICHARDS, JANICE RENEE AND RICHARDS, MATTHEW LYNN | |
| **Primary Taxpayer ID #:** | **-***8351 | |
| **Co-Debtor Taxpayer ID #:** | **-***8352 | |
| **For Period Beginning:** | 1/6/2012 | |
| **For Period Ending:** | 12/3/2020 | |

| | |
|---|---|
| **Trustee Name:** | Donald F. Neiman |
| **Bank Name:** | Veritex Community Bank |
| **Checking Acct #:** | ******3901 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $1,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | TOTALS: | | $45,829.32 | $45,829.32 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $45,829.32 | $45,829.32 | |
| | | | Less: Payments to debtors | | $0.00 | $19,319.09 | |
| | | | Net | | $45,829.32 | $26,510.23 | |

**For the period of 1/6/2012 to 12/3/2020**

| | |
|---|---|
| Total Compensable Receipts: | $112,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $112,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $93,180.91 |
| Total Non-Compensable Disbursements: | $19,319.09 |
| Total Comp/Non Comp Disbursements: | $112,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 09/11/2018 to 12/3/2020**

| | |
|---|---|
| Total Compensable Receipts: | $112,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $112,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $93,180.91 |
| Total Non-Compensable Disbursements: | $19,319.09 |
| Total Comp/Non Comp Disbursements: | $112,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 4  Exhibit 9

| | |
|---|---|
| **Case No.** | 12-00039-als7 |
| **Case Name:** | RICHARDS, JANICE RENEE AND RICHARDS, MATTHEW LYNN |
| **Primary Taxpayer ID #:** | **-***8351 |
| **Co-Debtor Taxpayer ID #:** | **-***8352 |
| **For Period Beginning:** | 1/6/2012 |
| **For Period Ending:** | 12/3/2020 |

| | |
|---|---|
| **Trustee Name:** | Donald F. Neiman |
| **Bank Name:** | Veritex Community Bank |
| **Checking Acct #:** | ******3901 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $1,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/05/2012 | (21) | Renee Richards | Preference to Joe | 1241-000 | $290.00 | | $290.00 |
| 07/06/2012 | | Renee Richards | | * | $2,094.56 | | $2,384.56 |
| | {4} | | Bank Accounts  $800.56 | 1129-000 | | | $2,384.56 |
| | {12} | | 2011 Tax Refund  $1,294.00 | 1124-000 | | | $2,384.56 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.50 | $2,382.06 |
| 08/03/2012 | (20) | Jasper County Clerk of Court | Garnished Funds - US Bank | 1129-000 | $2,175.69 | | $4,557.75 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $6.87 | $4,550.88 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $5.98 | $4,544.90 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $6.86 | $4,538.04 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.07 | $4,530.97 |
| 12/05/2012 | (21) | Matthew Richards | Preference to Joe | 1241-000 | $290.00 | | $4,820.97 |
| 02/20/2013 | 5001 | DALLAS J JANSSEN | Trustee Compensation | 2100-000 | | $1,212.56 | $3,608.41 |
| 02/20/2013 | 5002 | DALLAS J JANSSEN | Trustee Expenses | 2200-000 | | $223.20 | $3,385.21 |
| 02/20/2013 | 5003 | Atlas Acquisitions LLC | Account Number: ; Claim #: 1; Amount Claimed: 2,228.24; Amount Allowed: 2,228.24; | 7100-000 | | $257.49 | $3,127.72 |
| 02/20/2013 | 5004 | Atlas Acquisitions LLC | Account Number: ; Claim #: 2; Amount Claimed: 5,384.67; Amount Allowed: 5,384.67; | 7100-000 | | $622.24 | $2,505.48 |
| 02/20/2013 | 5005 | Advanta Bank Corporation | Account Number: ; Claim #: 3; Amount Claimed: 6,119.89; Amount Allowed: 6,119.89; | 7100-000 | | $707.20 | $1,798.28 |
| 02/20/2013 | 5006 | Newton Masonic Board of Custodians | Account Number: ; Claim #: 4; Amount Claimed: 1,580.00; Amount Allowed: 1,580.00; | 7100-000 | | $182.58 | $1,615.70 |
| 02/20/2013 | 5007 | Cavalry Portfolio Services LLC | Account Number: ; Claim #: 5; Amount Claimed: 7,544.67; Amount Allowed: 7,544.67; | 7100-000 | | $871.84 | $743.86 |
| 02/20/2013 | 5008 | Capital One Bank (USA), N.A. | Account Number: ; Claim #: 6; Amount Claimed: 3,947.91; Amount Allowed: 3,947.91; | 7100-000 | | $456.21 | $287.65 |
| 02/20/2013 | 5009 | Capital One Bank (USA), N.A. | Account Number: ; Claim #: 7; Amount Claimed: 243.66; Amount Allowed: 243.66; | 7100-000 | | $28.16 | $259.49 |
| 02/20/2013 | 5010 | Capital One Bank (USA), N.A. | Account Number: ; Claim #: 8; Amount Claimed: 216.66; Amount Allowed: 216.66; | 7100-000 | | $25.04 | $234.45 |
| | | | **SUBTOTALS** | | **$4,850.25** | **$4,615.80** | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 5  Exhibit 9

| Case No. | 12-00039-als7 | Trustee Name: | Donald F. Neiman |
|---|---|---|---|
| Case Name: | RICHARDS, JANICE RENEE AND RICHARDS, MATTHEW LYNN | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***8351 | Checking Acct #: | ******3901 |
| Co-Debtor Taxpayer ID #: | **-***8352 | Account Title: | |
| For Period Beginning: | 1/6/2012 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 12/3/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/20/2013 | 5011 | US BANK N.A. | Account Number: ; Claim #: 10; Amount Claimed: 1,643.85; Amount Allowed: 1,643.85; | 7100-000 | | $189.96 | $44.49 |
| 02/20/2013 | 5012 | TD&T Financial Group | Account Number: ; Claim #: 11; Amount Claimed: 323.12; Amount Allowed: 323.12; | 7100-000 | | $37.34 | $7.15 |
| 02/22/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.15 | $0.00 |
| | | | TOTALS: | | $4,850.25 | $4,850.25 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $4,850.25 | $4,850.25 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $4,850.25 | $4,850.25 | |

| For the period of 1/6/2012 to 12/3/2020 | | For the entire history of the account between 08/06/2018 to 12/3/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,850.25 | Total Compensable Receipts: | $4,850.25 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,850.25 | Total Comp/Non Comp Receipts: | $4,850.25 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4,850.25 | Total Compensable Disbursements: | $4,850.25 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,850.25 | Total Comp/Non Comp Disbursements: | $4,850.25 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 6  Exhibit 9

| | | | | |
|---|---|---|---|---|
| **Case No.** | 12-00039-als7 | | **Trustee Name:** | Donald F. Neiman |
| **Case Name:** | RICHARDS, JANICE RENEE AND RICHARDS, MATTHEW LYNN | | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***8351 | | **Checking Acct #:** | ******3901 |
| **Co-Debtor Taxpayer ID #:** | **-***8352 | | **Account Title:** | |
| **For Period Beginning:** | 1/6/2012 | | **Blanket bond (per case limit):** | $1,000,000.00 |
| **For Period Ending:** | 12/3/2020 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $50,679.57 | $50,679.57 | $0.00 |

| For the period of 1/6/2012 to 12/3/2020 | | For the entire history of the case between 01/06/2012 to 12/3/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $117,350.25 | Total Compensable Receipts: | $117,350.25 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $117,350.25 | Total Comp/Non Comp Receipts: | $117,350.25 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $98,031.16 | Total Compensable Disbursements: | $98,031.16 |
| Total Non-Compensable Disbursements: | $19,319.09 | Total Non-Compensable Disbursements: | $19,319.09 |
| Total Comp/Non Comp Disbursements: | $117,350.25 | Total Comp/Non Comp Disbursements: | $117,350.25 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DONALD F. NEIMAN

DONALD F. NEIMAN